1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN KEITH MONTGOMERY,

11           Petitioner,                    2:  08 - cv - 3180 MCE TJB

12      vs.

13   D.K. SISTO,                            ORDER

14           Respondent.

15   _____/

16      Petitioner is a state prisoner proceeding *pro se* with a petition brought pursuant to 28

17   U.S.C. § 2254.  Judgment was entered on March 9, 2011 and this matter is currently on appeal to

18   the United States Court of Appeals for the Ninth Circuit.  On March 29, 2011, Petitioner filed a

19   request to proceed in forma pauperis on appeal.

20      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district

21   court action who desires to appeal in forma pauperis on appeal must file a motion in the district

22   court which:

23           (A) shows in the detail prescribed by Form 4 of the Appendix of
             Forms the party's inability to pay or to give security for fees and
24           costs;

25           (B) claims an entitlement to redress; and

26           (C) states the issues that the party intends to present on appeal.

1

1  Fed. R. App. P. 24(a)(2).  Petitioner's application demonstrates his inability to pay or to give

2  security for fees and costs.  In his March 21, 2011 notice of appeal, Petitioner claimed

3  entitlement to redress and described the issues he intended to present on appeal.  Petitioner has

4  complied with the requirements of Fed. R. App. P. 24(a).  Accordingly, his request to proceed in

5  forma pauperis on appeal will be granted.

6       Good cause appearing, IT IS HEREBY ORDERED that Petitioner's March 29, 2011

7  request to proceed in forma pauperis on appeal is GRANTED.

8  DATED:  March 31, 2011

9

10

11

12                                          TIMOTHY J BOMMER
                                            UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26